IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GREEN ENERGY ASSOCIATES, LLC<br><br>Plaintiff,<br><br>v.<br><br>CH4 POWER, INC., and RAY BREWER,<br><br>Defendant. | Case No.: 1:18-cv-01291 LJO<br><br>ORDER OF RELEASE |

On July 25, 2019, Ray Brewer appeared in custody before the undersigned pursuant to the arrest warrant. The Court shall order Ray Brewer released, and he is required to appear on August 5, 2019, before Chief Judge O'Neill to answer for her civil contempt and to comply with Order to Show Cause.

The defendant shall surrender he passport to the United States Marshal.

Accordingly, IT IS HEREBY ORDERED that:

1. Ray Brewer is RELEASED from custody;

2. Ray Brewer SHALL APPEAR on **August 5, 2019 at 11:30 AM** in Courtroom 4 before Chief Judge Lawrence J. O'Neill;

3. At his appearance on August 5, 2019, Ray Brewer SHALL PRODUCE for examining and copying and other data demanded by the Green Energy Associates;

4. The arrest warrant issued June 26, 2019 is DISCHARGED;

5. Ray Brewer is advised that the failure to appear on August 5, 2019, will result in this Court finding him in criminal contempt; and

6. Failure to comply with this order will result in the issuance of an arrest warrant.

IT IS SO ORDERED.

Dated: **July 25, 2019**

_____
UNITED STATES CHIEF DISTRICT JUDGE